```
_____FILED    _____ENTERED
_____LODGED_____RECEIVED

      OCT 1 3 2009    DJ

         AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT O. WASHINGTON
                          DEPUTY
```



08-CV-01041-JSR

IN THE
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| **SHERRI O'NEIL** | Hearing Date: 10/20/2009 |
| Plaintiff/Petitioner | CAUSE NO: **C08-1041-JCC** |
| vs.<br>**ROBERT MORRIS PEAK, COURTIFF, INC;**<br>**ET AL.,** | DECLARATION OF SERVICE OF:<br>*LETTER; SUBPOENA TO TESTIFY AT A DEPOSITION IN A*<br>*CIVIL ACTION; DECLARATION OF CUSTODIAN OF*<br>*RECORDS CENTRAL VALLEY HIGH SCHOOL* |
| Defendant/Respondent | |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **1st day of October, 2009, at 12:01 PM**, at the address of **821 S SULLIVAN Road, SPOKANE VALLEY, Spokane** County, **WA 99037**; this declarant served the above described documents upon **CENTRAL VALLEY HIGH SCHOOL, CUSTODIAN OF RECORDS**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CAROL MEAD, CUSTODIAN/SECRETARY, A white female approx. 45-55 years of age 5'2"-5'4" in height weighing 140-160 lbs with gray hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: $

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **2nd day of October, 2009.**

_____
T Beals, Reg. # 1032, SPOKANE, WA

FOR: **Gordon, Thomas (Seattle)**
REF: **32446-00001**

ORIGINAL PROOF OF
SERVICE

Tracking #: **8078127** SEA FIL